# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.  STANLEY "ALVIN" GREGORY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-14-478-D |
| | ) | |
| 1.  GENUINE PARTS CO., d/b/a NAPA AUTO PARTS, | ) ) | |
| | ) | ATTORNEY LIEN CLAIMED |
| Defendant. | ) | JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules fo Civil Procedure, the Plaintiff, Stanley "Alvin" Gregory, hereby stipulates with the Defendant, Genuine Parts Company d/b/a NAPA Auto Parts, that his Complaint, including all claims asserted therein and by virtue of any pleading entered or filed in the above styled and numbered action, shall be dismissed in its entirety with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 24th DAY OF MARCH, 2015.**

    s/Jana B. Leonard
    Jana B. Leonard, OBA # 17844
    Emily Van Volkinburg, OBA # 31744
    LEONARD & ASSOCIATES, P.L.L.C.
    8265 S. Walker
    Oklahoma City, OK 73139
    Telephone:   405-239-3800
    Facsimile:   405-239-3801
    leonardjb@leonardlaw.net
    emilyv@leonardlaw.net
    *Counsel for Plaintiff*

s/ Lisa M. Szafranic
(Signed with permission)
Paul A. Ross, OBA #19699
McAfee & Taft, A Professional Corporation
Tenth Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, Oklahoma 73102
Tele: (405) 235-9621 Fax: (405) 235-439
paul.ross@mcafeetaft.com

Patricia E. Simon *(admitted pro hac vice)*
Georgia Bar No. 618233
Lisa M. Szafranic *(admitted pro hac vice)*
Georgia Bar No. 532495
MARTENSON, HASBROUCK & SIMON, LLP
3379 Peachtree Road, Suite 400
Atlanta, Georgia 30326
Tele: (404) 909-8100 Fax: (404) 909-8120
pesimon@martensonlaw.com
lmszafranic@martensonlaw.com
*Counsel for Defendant*